IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID LEWIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 318-004 |
| RHETT A. WALKER, Appointed Administrator, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 2nd day of April, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE